# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sherwood, John K. | United States Bankruptcy Court, New Jersey | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Status | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Lowenstein Sandler (former law firm) Retirement Shares Plan -- no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Madison Public Library -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Manaement Association | 06/05/19 - 06/06/19 | Atlantic City, New Jersey | Speaking engagement | Transportation, lodging, food |
| 2. | American Bankruptcy Institute | 09/19/19 - 09/22/19 | Washington, D.C. | Speaking engagement | Transportation, lodging, food |
| 3. | National Conference of Bankruptcy Judges | 10/30/19 - 11/01/19 | Washington, D.C. | Annual conference | Transportation, lodging, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sherwood, John K.** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America - CDs and interest bearing accounts | A | Interest | N | T | | | | | |
| 2. TD Bank | A | Interest | M | T | | | | | |
| 3. The Investment Company of America - A | D | Dividend | L | T | | | | | |
| 4. DWS High Income Fund - A | C | Dividend | L | T | | | | | |
| 5. Invesco Charter Fund Class A | A | Dividend | J | T | | | | | |
| 6. Bond fund of America A | A | Dividend | J | T | | | | | |
| 7. PGIM Jennison Focused A f/k/a Prudential Jenn SELCT GTH A | A | Distribution | J | T | | | | | |
| 8. Mass Mutual Financial Group whole life insurance policy | C | Dividend | K | T | | | | | |
| 9. Estate (H) | | | | | | | | | |
| 10. Estate - Bank of America account | | None | J | T | | | | | |
| 11. CBF Stable Value Portfolio - A | B | Dividend | L | T | | | | | |
| 12. Lowenstein Sandler 1992 401k Plan - Vanguard | | | | | | | | | |
| 13. - Vanguard Total Bond Market Index Fund Inv | C | Dividend | | | Sold | 10/01/19 | L | C | |
| 14. - Vanguard Wellington Fund Inv | D | Dividend | | | Sold | 10/01/19 | L | D | |
| 15. - Vanguard 500 Index Fund | E | Dividend | | | Sold | 10/01/19 | L | E | |
| 16. - Columbia Acorn Fund | C | Dividend | | | Sold | 10/01/19 | K | C | |
| 17. - American Funds Growth Fund of America | D | Dividend | | | Sold | 10/01/19 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - American Century Equity Income Fund | E | Dividend | | | Sold | 10/01/19 | M | E | |
| 19.  - American Funds Euro Pacific Fund R4 | D | Dividend | | | Sold | 10/01/19 | L | D | |
| 20.  Vanguard Total Bond Market Index Fund Inst. | A | Dividend | L | T | Buy | 10/01/19 | L | | |
| 21.  Vanguard Wellington Fund Admiral | C | Dividend | L | T | Buy | 10/01/19 | L | | |
| 22.  Vanguard Institutional Index Fund Inst | D | Dividend | M | T | Buy | 10/01/19 | L | | |
| 23.  Janus Henderson Enterprise N | B | Dividend | K | T | Buy | 10/01/19 | K | | |
| 24.  Harbor Capital Appreciation Fund Ret | D | Dividend | M | T | Buy | 10/01/19 | L | | |
| 25.  Columbia Dividend Income Fund Inst 3 | D | Dividend | M | T | Buy | 10/01/19 | M | | |
| 26.  American Funds Euro Pacific Fund R6 | D | Dividend | L | T | Buy | 10/01/19 | L | | |
| 27.  Lowenstein Sandler Profit Sharing Plan | | | | | | | | | |
| 28.  - Vanguard Institutional Target Retirement 2025 Fund | F | Dividend | N | T | | | | | |
| 29.  Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 30.  Hotchkis and Wiley Large Cap Value Fund A | A | Dividend | J | T | | | | | |
| 31.  First Eagle Global | A | Dividend | J | T | | | | | |
| 32.  Clearbridge Growth Fund | A | Dividend | J | T | | | | | |
| 33.  Pimco Commodity Real (PCRCX) | A | Dividend | J | T | | | | | |
| 34.  Blackrock Eq. Dividend | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Clearbr Lrg Cap Growth | C | Dividend | K | T | | | | | |
| 36. | Edgewood Growth Fd. | A | Dividend | J | T | | | | | |
| 37. | Glenmede Sm. Cap. Eq. Inst. | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 38. | Glenmede Sm. Cap. Eq. Inst. | A | Dividend | J | T | Sold<br>(part) | 06/25/19 | J | A | |
| 39. | Glenmede Sm. Cap. Eq. Inst. | A | Dividend | J | T | Sold<br>(part) | 06/26/19 | J | A | |
| 40. | Glenmede Sm. Cap. Eq. Inst. | A | Dividend | J | T | Sold<br>(part) | 06/27/19 | J | A | |
| 41. | Ishares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 42. | Ishares TR Core MSCI EAF | A | Dividend | J | T | Sold<br>(part) | 01/24/19 | J | A | |
| 43. | Ishares TR Core MSCI EAF | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 44. | Ishares US Treasury Bond | A | Dividend | K | T | Sold<br>(part) | 01/24/19 | J | A | |
| 45. | Oakmark Intl. Fd. Cl. | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 46. | Invesco Oppen. Intl. Growth Fd. Y | A | Dividend | | | Sold | 01/24/19 | J | A | |
| 47. | Spdr Blmbrg Brcly | A | Dividend | | | Sold | 03/21/19 | J | A | |
| 48. | TCW Total Return Bond | A | Dividend | J | T | Sold<br>(part) | 01/24/19 | J | A | |
| 49. | TCW Total Return Bond | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 50. | TRP Em Mkt Stock Inv | A | Dividend | K | T | | | | | |
| 51. | Vanguard Intermediate - Term | A | Dividend | K | T | Sold<br>(part) | 01/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sherwood, John K. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Intermediate - Term | A | Dividend | K | T | Sold (part) | 06/24/19 | J | A | |
| 53. Delaware Emerging Markets Fund | A | Dividend | J | T | Sold (part) | 06/24/19 | J | A | |
| 54. Ishares Russell 1000 Value | A | Dividend | K | T | | | | | |
| 55. MFS Value FD CL I | A | Dividend | K | T | Sold (part) | 06/24/19 | J | A | |
| 56. Vanguard Mortgage-Backed | A | Dividend | J | T | Buy | 06/24/19 | J | | |
| 57. Fuller & Thaler | A | Dividend | K | T | Buy | 06/24/19 | K | | |
| 58. ISH HUD High Yield | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 59. PIMCO Investment Grade | A | Dividend | K | T | Buy | 06/24/19 | K | | |
| 60. Vanguard Tota International | A | Dividend | J | T | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sherwood, John K.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Sherwood**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544